**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02596-RPM-CBS

ZOIE ARMENTA,

        Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

        THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

        DATED: December 4th, 2009

        BY THE COURT:


        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge